IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01194-GPG

CHRISTOPHER SELECTMAN,

    Plaintiff,

v.

JOHN HICKENLOOPER, in his Official Capacity as Governor of the State of Colorado,
RICK RAEMISCH, in his Official Capacity as Executive Director of Colorado Department
    of Corrections,
BRANDON SCHAFFER, in his Official Capacity as Chairman of the Colorado Parole
    Board,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 14, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 14 day of October, 2015.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/  A. García Gallegos
                           Deputy Clerk